UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>aka GARY FRANCIS FISHER,<br><br>        Plaintiff,<br><br>   v.<br><br>CASEY, et al.,<br><br>        Defendants. | Case No. 13-cv-05336-WHO (PR)<br><br>**ORDER OF TRANSFER** |

This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Santa Barbara County, which is in the Central District.  *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  November 26, 2013

                                                WILLIAM H. ORRICK<br>
                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,

        Plaintiff,

  v.

CASEY et al,

        Defendant.
                                         /

Case Number: CV13-05336 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 26, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Dale Barger F85263
Pelican Bay State Prison
P.O. Box 7000   B-2-104
Crescent City, CA 95532

Dated: November 26, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jean Davis, Deputy Clerk